UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **DEBORAH RANDALL**, a Minnesota resident; **STILLWATER LADIES, INC.**, a Minnesota corporation; **BARBARA J. WRIGHT**, a Minnesota resident; **DAVID WRIGHT**, a Minnesota resident; **FLAMINGO EXPRESS, INC.**, a Minnesota corporation; **JULIA CHRISTIANS AS BANKRUPTCY TRUSTEE FOR THE ESTATE OF ROBIN ALLANSON**; **LEONEUDECKER**, a Minnesota resident; **AUDREY HOGLUND-ROSS**, a Minnesota resident; **ANGIE WEEKS**, a Minnesota resident, and **MICHELLE EVANS**, a Minnesota resident.<br><br>      Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>**LADY OF AMERICA FRANCHISE CORPORATION**, a Florida corporation,<br><br>      Defendant/Counter-Plaintiff. | Court File No. 04-3394 PJS/RLE<br><br>ORDER |

      Based on the Stipulation for Voluntary Dismissal with Prejudice filed by Plaintiffs, Julia Christians, Trustee for the Bankruptcy Estate of Robin Allanson, and Flamingo Express, Inc. and Defendant, Lady of America Franchise Corporation ("LOAFC"), on January 18, 2008 [Civil Docket No. 160],

      **IT IS ORDERED** that the claims asserted by Julia Christians, Trustee for the Bankruptcy Estate of Robin Allanson, and Flamingo Express, Inc. against LOAFC and

2

the counterclaims asserted by LOAFC against Robin Allanson and Flamingo Express, Inc. in the above-entitled action are hereby dismissed with prejudice, with each of the parties to bear their own attorneys' fees and costs.  This Court reserves jurisdiction for purposes of enforcing the parties' Settlement Agreements.


Dated:  January 18, 2008          s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge